

# UNITED STATES DISTRICT COURT
## District of Minnesota

Kate M. Fogarty, Clerk
Tricia M. Pepin, Chief Deputy Clerk

| | | | |
|---|---|---|---|
| Warren E. Burger Federal Building and U.S. Courthouse 316 North Robert Street, Suite 100 St. Paul, MN  55101 (651) 848-1100 | U.S. Courthouse 300 South Fourth Street Suite 202 Minneapolis, MN 55415 (612) 664-5000 | Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse 515 West First Street, Suite 417 Duluth, MN 55802 (218) 529-3500 | Edward J. Devitt U.S. Courthouse and Federal Building 118 South Mill Street, Suite 212 Fergus Falls, MN  56537 (218) 739-5758 |

## TRANSMITTAL OF APPEAL

Date:   December 21, 2018

To:      U.S. COURT OF APPEALS, 8TH CIRCUIT

From:  Maria G., U.S. District Court-Minnesota

In Re:  District Court Case No.:  17-cv-00854-SRN-HB
Eighth Circuit Case No.:  Unassigned
Case Title:  Pribyl v. County of Wright et al

The statutory filing fee has:
☒ been paid, receipt number: AMNDC-6561060
☐ not been paid as of Add date
    IFP    ☐ is    ☐ is not pending
☐ been waived because:
    ☐ Application for IFP granted    ☐ USA filed appeal

Length of Trial:  N/A

Was a court reporter utilized?    ☒ Yes   ☐ No
  If yes, please identify the court reporter:
  Name:  Carla Bebault
  Address: 300 S 4th Street
              Ste 202
              Mpls, MN, 55415
  Phone:  612-664-5000